Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN AP.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
rbrennan@brennanlaw.com
[818] 249-5291 Phone
[818] 249-4329 Fax

Attorneys for: Plaintiff Mark Watson

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WATSON, an Individual; | Case No.: CV 14-03725 DDP SHx |
| Plaintiff, | Hon. Dean D. Pregerson |
| vs. | ORDER DISMISSING CASE WITH PREJUDICE |
| U.S. BANK is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive, | |
| Defendants. | |

1

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

1  Pursuant to the Stipulation for Dismissal With Prejudice, entered into among
2  Plaintiff Mark Watson ("Plaintiff"), Defendant U.S. Bank National Association
3  ("U.S. Bank"), and Defendant Equifax Information Services LLC ("Equifax"), the
4  Court hereby dismisses the case in its entirety, with prejudice, with each Party to
5  fully bear its own costs, expenses, and attorney's fees.
6  IT IS SO ORDERED.

Dated: June 23, 2015

By: /s/ Dean D. Pregerson
The Honorable Dean D. Pregerson
United States District Judge

2
[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE